AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MRS. SARAH H. BROWN, )<br>        Plaintiff, )<br>   )<br>v. )<br>   )<br>   )   **JUDGMENT**<br>MICHAEL J. ASTRUE, Commissioner of )  **CASE NO. 7:10-CV-160-D**<br>Social Security, )<br>        Defendant. ) | |

**Decision by the Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT :**

That the court adopts the Memorandum and Recommendation. Plaintiff's Motion for Judgment on the Pleadings is DENIED, Defendant's Motion for Judgment on the Pleadings is GRANTED, and Defendant's final decision is AFFIRMED.

    **This Judgment Filed and Entered on June 16, 2011, and Copies to:**

    Diane S. Griffin (Via CM/ECF Notice of Electronic Filing)
    Michael A. Harr (Via CM/ECF Notice of Electronic Filing)
    Charlotte Williams Hall (Via CM/ECF Notice of Electronic Filing)


June 16, 2011                                     DENNIS IAVARONE, Clerk
*Date*                                                  *Eastern District of North Carolina*

                                                              /s/ Susan K. Edwards
*Wilmington, North Carolina*                           *(By) Deputy Clerk*